# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PONO, NESTOR Y | § | Case No. 10-40293 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/24/2012 in Courtroom 644,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/13/2012             By: /s/ Andrew J. Maxwell
                                                  Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
PONO, NESTOR Y § Case No. 10-40293
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,675.22 |
| and approved disbursements of | $ | 28.88 |
| leaving a balance on hand of[1] | $ | 2,646.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 668.81 | $ 0.00 | $ 668.81 |
| Total to be paid for chapter 7 administrative expenses | | $ | 668.81 |
| Remaining Balance | | $ | 1,977.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,244.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 3,203.38 | $ 0.00 | $ 65.82 |
| 000002 | Jeffery M Leving, LTD. | $ 62,413.63 | $ 0.00 | $ 1,282.41 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 20,685.99 | $ 0.00 | $ 425.04 |
| 000004 | American InfoSource LP as agent for | $ 1,595.28 | $ 0.00 | $ 32.78 |
| 000005 | GE Money Bank | $ 822.19 | $ 0.00 | $ 16.89 |
| 000006 | FIA Card Services, NA/Bank of America | $ 7,523.65 | $ 0.00 | $ 154.59 |

Total to be paid to timely general unsecured creditors $ 1,977.53

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-40293-PSH
Nestor Y Pono                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
```
db            +Nestor Y Pono,    2472 Seminary Ave,    Des Plaines, IL 60016-4844
16107871       ABN AMRO Mortgage Group/Citimortgage,    Citi Mortgage Inc.,    Po Box 79022 Ms322,
                St Louis, OH 63179
16107872      +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16107874      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16107876      +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16107877      +Bank One,   1 N Dearborn,    Chicago, IL 60670-0001
16107879       Blazer Fin,   100 E Roosevelt Rd,    Maywood, IL 60153
16107880      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16998659       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16107881      +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
16107882      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16107883      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16107885     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
                Austin, TX 78708)
16107886      +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
17322197       GE Money Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,
                Miami FL 33131-1605
16107887      +Gb Algonquin,    234 S Randall Rd,    Algonquin, IL 60102-9775
16107892      +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16107893       Hilton Grand Vacations,    P.O. 402705,    Atlanta, GA 30384-2705
16107894      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16107895      +Hsbc/harlm,   90 Christiana Rd,    New Castle, DE 19720-3118
16107896      +Hsbc/rhode,    Pob 15521,    Wilmington, DE 19850-5521
16107897      +Jeffery M Leving, LTD.,    19 South LaSalle Street,    Suite 450,    Chicago, IL 60603-1490
16107901      +Kamerkink,Stark,McCormack & Powers,    221 North LaSalle Street,    Suite 1800,
                Chicago, IL 60601-1406
16107903      +Lavelle Law, LTD.,    501 West Colfax Street,    Palatine, IL 60067-2545
16107904      +Lexus Financial Services,    P.O. Box 5236,    Carol Stream, IL 60197-5236
16107905      +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16107906       Pinnacle Recovery, Inc,    P.O. Box 130848,    Carlsbad, CA 92013-0848
16107907      +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16107908      +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16107909       T-Mobile,    P O Box 742596,    Cincinnati, OH 45274-2596
16107910      +Toyota Motor Credit,    1111 W. 22nd St Suite 420,    Oak Brook, IL 60523-1959
16107911      +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16107912      +Wells Fargo Bank NA,    Andrew J Nelson,    Pierce & Associates PC,    1 North Dearborn Suite 1300,
                Chicago, IL 60602-4373
16107913      +Wffinancial,    800 Walnut St,    Des Moines, IA 50309-3504
16107914      +Wfnnb/roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
16107915      +Wm Finance,    Po Box 11677,    Pensacola, FL 32524-1677
16107916      +World Savings & Loan,    Attn: Bankruptcy,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
16107917      +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16107873       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 22 2012 19:23:07     American Honda Finance,
                Attn: Bankruptcy,   3625 West Royal Lane Suite 200,   Irving, TX 75063
17267092       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 23:35:26
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
17366126       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 20:43:58
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
16107888      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 20:33:59     GEMB / HH Gregg,
                Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
16107889      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 23:37:58     Gemb/abt Tv,   Po Box 981439,
                El Paso, TX 79998-1439
16107890      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 20:33:59     Gemb/jcp,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
16107891      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 20:33:59     Gemb/l&t,   Po Box 981400,
                El Paso, TX 79998-1400
16107902      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2012 19:22:16      Kohls,   Attn: Recovery Dept,
                Po Box 3120,   Milwaukee, WI 53201-3120
17156315      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 22 2012 19:21:39
                PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006            Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16107899*      Jennifer C. Pono,   343 Bristol St,   Northfield, IL 60093-2945
16107875     ##+Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
16107878     ##+Bk Of Amer,   Po Box 15026,   Wilmington, DE 19850-5026
16107884     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
16107898      ##Jennifer C Pono,   343 Bristol St,   Northfield, IL 60093-2945
16107900     ##+Jennifer Pono,   343 Bristol,   Northfield, IL 60093-2945
                                                                                              TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez               Page 3 of 3              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2012 at the address(es) listed below:

        Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Andrew J Maxwell    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
        Andrew J Nelson    on behalf of Creditor  WELLS FARGO BANK, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Joel A Schechter    on behalf of Creditor  HIlton Resorts Corporation joelschechter@covad.net
        Lydia Y Siu    on behalf of Creditor  WELLS FARGO BANK, N.A. lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robin C Reizner    on behalf of Debtor Nestor Pono robinreiz@aol.com
        Vikram R Barad    on behalf of Trustee Andrew Maxwell vbarad@maxwellandpotts.com, maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,jhsmith@maxwellandpotts.com
        Yanick  Polycarpe    on behalf of Creditor  WELLS FARGO BANK, N.A. ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 9