**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PONO, NESTOR Y | § | Case No. 10-40293 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 22,585.00 |
| Total Distributions to Claimants: 1,977.54 | Claims Discharged<br>Without Payment: 176,252.58 |
| Total Expenses of Administration: 697.69 | |

3) Total gross receipts of $ 2,675.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,675.23 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 656,796.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 697.69 | 697.69 | 697.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 180,310.00 | 96,244.12 | 96,244.12 | 1,977.54 |
| **TOTAL DISBURSEMENTS** | $ 837,106.00 | $ 96,941.81 | $ 96,941.81 | $ 2,675.23 |

4) This case was originally filed under chapter 7 on 09/08/2010 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2012 By:/s/ANDREW J. MAXWELL, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 2,674.96 |
| Post-Petition Interest Deposits | 1270-000 | 0.27 |
| **TOTAL GROSS RECEIPTS** | | $ 2,675.23 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 62,403.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 51,337.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | | 389,547.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | | 153,509.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 656,796.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| ANDREW J MAXWELL ESQ | 2100-000 | NA | 668.81 | 668.81 | 668.81 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 2.22 | 2.22 | 2.22 |
| Bank of America, N.A. | 2600-000 | NA | 3.41 | 3.41 | 3.41 |
| Bank of America, N.A. | 2600-000 | NA | 3.29 | 3.29 | 3.29 |
| Bank of America, N.A. | 2600-000 | NA | 3.29 | 3.29 | 3.29 |
| Bank of America, N.A. | 2600-000 | NA | 3.50 | 3.50 | 3.50 |
| Bank of America, N.A. | 2600-000 | NA | 3.16 | 3.16 | 3.16 |
| Bank of America, N.A. | 2600-000 | NA | 3.27 | 3.27 | 3.27 |
| Bank of America, N.A. | 2600-000 | NA | 3.37 | 3.37 | 3.37 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | 2600-000 | NA | 3.37 | 3.37 | 3.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 697.69 | $ 697.69 | $ 697.69 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | ABN AMRO Mortgage Group/Citimortgage Citi Mortgage Inc. Po Box 79022 Ms322 St Louis, OH 63179 | | 0.00 | NA | NA | 0.00 |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | 156.00 | NA | NA | 0.00 |
| | American Honda Finance Attn: Bankruptcy 3625 West Royal Lane Suite 200 Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 15026 Wilmington, DE 19850 | | 36,910.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 15026 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Bank One 1 N Dearborn Chicago, IL 60670 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 15026 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Blazer Fin 100 E Roosevelt Rd Maywood, IL 60153 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mht Bk Attn: Bankruptcy Po Box 15145 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | 0.00 | NA | NA | 0.00 |
| | First Usa Bank 800 Brooksedge Blvd Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gb Algonquin 234 S Randall Rd Algonquin, IL 60102 | | 0.00 | NA | NA | 0.00 |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gemb/l&t Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hilton Grand Vacations P.O. 402705 Atlanta, GA 30384-2705 | | 6,000.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 3,491.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/harlm 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/rhode Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Kamerkink,Stark,McCormack & Powers 221 North LaSalle Street Suite 1800 Chicago, IL 60601 | | 1,600.00 | NA | NA | 0.00 |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Lavelle Law, LTD. 501 West Colfax Street Palatine, IL 60067 | | 4,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lexus Financial Services P.O. Box 5236 Carol Stream, IL 60197-5855 | | 0.00 | NA | NA | 0.00 |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Pinnacle Recovery, Inc P.O. Box 130848 Carlsbad, CA 92013-0848 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 1111 W. 22nd St Suite 420 Oak Brook, IL 60523 | | 12,500.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 1111 W. 22nd St Suite 420 Oak Brook, IL 60523 | | 16,829.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 1111 W. 22nd St Suite 420 Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Wffinancial 800 Walnut St Des Moines, IA 50309 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/roomplace Po Box 2974 Shawnee Mission, KS 66201 | | 0.00 | NA | NA | 0.00 |
| | Wm Finance Po Box 11677 Pensacola, FL 32524 | | 0.00 | NA | NA | 0.00 |
| | World Savings & Loan Attn: Bankruptcy 4101 Wiseman Blvd San Antonio, TX 78251 | | 0.00 | NA | NA | 0.00 |
| | World Savings & Loan Attn: Bankruptcy 4101 Wiseman Blvd San Antonio, TX 78251 | | 0.00 | NA | NA | 0.00 |
| | Zale/cbsd Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,400.00 | 1,595.28 | 1,595.28 | 32.78 |
| 000001 | CHASE BANK USA, N.A. | 7100-000 | 3,053.00 | 3,203.38 | 3,203.38 | 65.82 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 7,510.00 | 7,523.65 | 7,523.65 | 154.60 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | GE MONEY BANK | 7100-000 | 741.00 | 822.19 | 822.19 | 16.89 |
| 000002 | JEFFERY M LEVING, LTD. | 7100-000 | 65,000.00 | 62,413.63 | 62,413.63 | 1,282.41 |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 20,620.00 | 20,685.99 | 20,685.99 | 425.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 180,310.00 | $ 96,244.12 | $ 96,244.12 | $ 1,977.54 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-40293 PSH Judge: PAMELA S. HOLLIS
Case Name: PONO, NESTOR Y

For Period Ending: 11/30/12

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c): 09/08/10 (f)
341(a) Meeting Date: 11/09/10
Claims Bar Date: 06/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2472 Seminary Ave Des Plaines, IL 60016 | 395,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. U.S. Currency | 10.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking: Chase | 75.00 | 0.00 | | 0.00 | 0.00 |
| 4. Ordinary Household Goods and Furnishings none valu | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Ordinary Wearing Apparel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. 401(k) | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. TAX REFUND (u) | 0.00 | 0.00 | | 2,674.96 | 0.00 |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $402,585.00 | $0.00 | | $2,675.23 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-collected non-exempt assets (T.O. motion required)
-probably administratively insolvent due to efforts to obtain the funds from Debtor
-reviewing claims

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 03/31/12

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40293 -PSH
Case Name: PONO, NESTOR Y

Taxpayer ID No: *******8579
For Period Ending: 11/30/12

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: *******4801 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/11 | 7 | Nestor Y. Pono<br>2472 Seminary Ave.<br>Des Plaines, IL 60016-4844 | tax refund | 1224-000 | 1,337.48 | | 1,337.48 |
| 05/11/11 | 7 | Nestor Y. Pono | tax refund payment #2 | 1224-000 | 1,337.48 | | 2,674.96 |
| 05/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,674.98 |
| 06/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,675.00 |
| 07/29/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,675.02 |
| 08/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,675.04 |
| 09/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,675.06 |
| 10/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,675.08 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.41 | 2,671.67 |
| 11/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,671.69 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.29 | 2,668.40 |
| 12/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,668.42 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.29 | 2,665.13 |
| 01/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,665.15 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.50 | 2,661.65 |
| 02/29/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,661.67 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.16 | 2,658.51 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 2.22 | 2,656.29 |
| 03/30/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,656.31 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.27 | 2,653.04 |
| 04/30/12 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,653.06 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.37 | 2,649.69 |
| 05/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,649.71 |

Page Subtotals 2,675.22 25.51

Ver: 17.00b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40293 -PSH
Case Name: PONO, NESTOR Y

Taxpayer ID No: *******8579
For Period Ending: 11/30/12

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: *******4801 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.37 | 2,646.34 |
| 06/13/12 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,646.35 |
| 06/13/12 | | Transfer to Acct #*******5431 | Final Posting Transfer | 9999-000 | | 2,646.35 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 2,675.23 | 2,675.23 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,646.35 | |
| Subtotal | 2,675.23 | 28.88 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,675.23 | 28.88 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.01 | 2,649.72 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40293 -PSH
Case Name: PONO, NESTOR Y

Taxpayer ID No: *******8579
For Period Ending: 11/30/12

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: *******5431 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Transfer from Acct #*******4801 | Transfer In From MMA Account | 9999-000 | 2,646.35 | | 2,646.35 |
| 07/27/12 | 001001 | ANDREW J MAXWELL ESQ<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL 60603 | COMPENSATION - TRUSTEE<br>Final Distribution | 2100-000 | | 668.81 | 1,977.54 |
| 07/27/12 | 001002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-000 | | 65.82 | 1,911.72 |
| 07/27/12 | 001003 | Jeffery M Leving, LTD.<br>19 South LaSalle Street<br>Suite 450<br>Chicago, IL 60603 | Final Distribution | 7100-000 | | 1,282.41 | 629.31 |
| 07/27/12 | 001004 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | 7100-000 | | 425.04 | 204.27 |
| 07/27/12 | 001005 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final Distribution | 7100-000 | | 32.78 | 171.49 |
| 07/27/12 | 001006 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (5-1) ABT TV/GEMB<br>Final Distribution | 7100-000 | | 16.89 | 154.60 |
| 07/27/12 | 001007 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | 7100-000 | | 154.60 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 2,646.35 | 2,646.35 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40293 -PSH
Case Name: PONO, NESTOR Y

Taxpayer ID No: *******8579
For Period Ending: 11/30/12

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: *******5431 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 2,646.35 | 2,646.35 | 0.00 |
| Less: Bank Transfers/CD's | 2,646.35 | 0.00 | |
| Subtotal | 0.00 | 2,646.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,646.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********4801 | 2,675.23 | 28.88 | 0.00 |
| Checking Account (Non-Interest Earn - ********5431 | 0.00 | 2,646.35 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 2,675.23 | 2,675.23 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b